1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                   EASTERN DISTRICT OF CALIFORNIA

10                                         FRESNO DIVISION

11

12   VOLARAT THANOUSONE,                          1:12-cv-01275-GSA-PC

13          Plaintiff,                            ORDER GRANTING APPLICATION TO
                                                  PROCEED IN FORMA PAUPERIS
14      v.                                        (#2)
                                                             and
15   MARGARET MIMS, et al.,                       ORDER DIRECTING PAYMENT
                                                  OF INMATE FILING FEE BY FRESNO
16          Defendants.                           COUNTY SHERIFF

17   _____/

18          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

19   to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

20   by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

21   obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

22   is obligated to make monthly payments in the amount of twenty percent of the preceding month's

23   income credited to plaintiff's trust account.  Plaintiff is presently incarcerated at the Fresno County

24   Jail.  The Fresno County Sheriff is required to send to the Clerk of the Court payments from

25   plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee

26   is paid in full.  28 U.S.C. § 1915(b)(2).

27          In accordance with the above and good cause appearing therefore, IT IS HEREBY

28   ORDERED that:

                                                    -1-

1          1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

2          **2.  The Fresno County Sheriff or her designee shall collect payments from**

3   **plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding**

4   **month's income credited to the prisoner's trust account and shall forward those payments to**

5   **the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with**

6   **28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**

7   **the Court.  The payments shall be clearly identified by the name and number assigned to this**

8   **action.**

9          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

10  plaintiff's in forma pauperis application on the Fresno County Sheriff, via the court's electronic case

11  filing system (CM/ECF).

12          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

13  Department, U.S.  District Court, Eastern District of California, Fresno Division.

14          5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

15  certified copy of his jail trust account statement for the six-month period immediately preceding the

16  filing of the complaint, if plaintiff has not already done so.

17      IT IS SO ORDERED.

18   **Dated:   August 16, 2012**          _____/s/ **Gary S. Austin**_____
                                           UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28